# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT
## CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: __2:25-cv-11355__          Case Manager: __Robert J. White__

Case Name: __Cynetha Rush v. United Wholesale Mortgage, LLC__

Is this case a cross appeal?    ☐ Yes    ☑ No
Has this case or a related one been before this court previously?    ☐ Yes  ☑ No
If yes, state:
    Case Name: _____ Citation: _____
    Was that case mediated through the court's program?    ☐ Yes  ☑ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

| |
|---|
| **United Wholesale Mortgage**<br><br>**Whether this matter should have been ordered into arbitration.** |

**This is to certify that a copy of this statement was served on opposing counsel of record this __21st__ day of**

_____ __May__, __2026__ .                    __Carla D. Aikens__
                                                        Name of Counsel for Appellant

6CA 53
Rev. 6/08